## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE ___Peggy Kuo___                              DATE : ___4/26/23___

DOCKET NUMBER: ___23CR41(DLI)___                     Log #: ___11:12 - 11:24___

DEFENDANT'S NAME : ___Mohammad Ibrahim Bazzi___
    ✓ Present    ___ Not Present      ✓ Custody    ___ Bail

DEFENSE COUNSEL: ___Richard Hong___
    ___ Federal Defender     ___ CJA        ✓ Retained

A.U.S.A: ___Jonathan Lax___                     CLERK: ___Felix Chin___

INTERPRETER : _____ (Language) _____

✓ Defendant arraigned on the : ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.   ✓  Defendant's first appearance.

   ____ Bond set at _____. Defendant ___ released ___ held pending
        satisfaction of bond conditions.
   ____ Defendant advised of bond conditions set by the Court and signed the bond.
   ____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ____ (Additional) surety/ies to co-sign bond by _____
   ____ After hearing, Court orders detention in custody. ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail
   application / package. Order of detention entered with leave to reapply to a Magistrate
   or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start ___4/26/23___ Stop ___5/18/23___

✓ Rule 5f warnings given to the govt.    ____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

✓ Status conference set for ___5/18/23___ @ ___10:30___ before Judge ___Irizarry___

Other Rulings : _____
_____
_____
_____
_____