LAW OFFICES OF

# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS
—
AMY E. GREER

ACHARA AMY SCHRODER
*Paralegal*

December 12, 2023

**BY ECF**

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

     Re: *United States v. Bazzi*,
        23 Cr. 41 (DLI)

Dear Judge Irizarry:

  This letter constitutes the status report with respect to the above-entitled case, in which James Roth, Esq., Abed Hammoud, and I represent defendant Mohammad Bazzi. Following a series of discussions with the government, and significant progress in plea negotiations as a result, the parties respectfully request that the status conference scheduled for next Tuesday, December 19, 2023, at 11 a.m. be adjourned for 75 days in order that the parties can continue and, we hope, conclude our efforts to achieve a pretrial disposition. Mr. Bazzi consents to the exclusion of time for that period.

  The additional time is needed to finish certain aspects of the negotiation, which likely will not be completed until January 2024 due to scheduling conflict created by the holidays and other commitments, including professional travel.

LAW OFFICES OF
**DRATEL & LEWIS**

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
December 12, 2023
Page 2 of 2

  Accordingly, the parties jointly respectfully request that the Court adjourn next Tuesday's status conference for a period of 75 days, with Mr. Bazzi consenting to exclusion of that time
.

                Respectfully submitted,

                Joshua L. Dratel
                James Roth
                Abed Hammoud

JLD/