

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL |
| - against - | Criminal Docket No. 23 CR 41 (DLI) |
| MOHAMMAD IBRAHIM BAZZI | |
| Defendant. | |

- - - - - - - - - - - - - - - - - -X

NOTICE IS HEREBY GIVEN TO MOHAMMAD IBRAHIM BAZZI ("the defendant") and to his attorneys of record herein, Joshua L. Dratel, Esq., and James Roth, Esq., that upon conviction of the defendant for the offense of Conspiracy to Conduct Unlawful Transactions Involving a Specially Designated Global Terrorist, in violation of 50 U.S.C. § 1705(a), the United States of America shall request that the Court issue a Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Dated: Brooklyn, New York
9/18/2024

BREON PEACE
United States Attorney
Eastern District of New York

By: _____
Nomi D. Berenson
Robert M. Pollack
Jonathan P. Lax
Assistant United States Attorneys