# LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS
—
AMY E. GREER

ACHARA AMY SCHRODER
*Paralegal*

October 21, 2024

**BY ECF**

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Bazzi*,
                      23 Cr. 41 (DLI)

Dear Judge Irizarry:

    This letter is submitted on behalf of James Roth, Esq., and I in response to the motion filed by the defendant, Mohammad Bazzi, to arrest judgment, withdraw his guilty plea, dismiss the Indictment, and invoke his right to *pro se* representation.

    Mr. Roth and I respectfully join in Mr. Bazzi's motion to represent himself, and accordingly request that we be relieved and that Criminal Justice Act counsel be appointed as standby counsel for Mr. Bazzi. At this point, communications between counsel and Mr. Bazzi have deteriorated to the point at which counsel believe the relationship cannot be repaired.

    Mr. Roth and I do not take any position with respect to Mr. Bazzi's other requests for relief in his motion.

                                                    Respectfully submitted,

                                                    Joshua L. Dratel
                                                  James Roth

JLD/