# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    23-CR-41 DLI |
| MOHAMMAD IBRAHIM BAZZI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MOHAMMAD IBRAHIM BAZZI                                                                                             .

Date:     10/28/2024

/s James M. Branden
*Attorney's signature*

James M. Branden (JB-4007)
*Printed name and bar number*

The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, N.Y. 10301

*Address*

jamesmbranden@gmail.com
*E-mail address*

(212) 286-0173
*Telephone number*

(212) 481-8250
*FAX number*