

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMP
F. #2019R00935

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 20, 2025

By E-Mail and ECF

Ms. Jennifer E. Baumann
Senior United States Probation Officer
147 Pierrepont Plaza
Brooklyn, New York 11201
Jennifer_Baumann@nyep.uscourts.gov

      Re:   United States v. Mohammad Ibrahim Bazzi
            Criminal Docket No. 23-41 (DLI)

Dear Officer Baumann:

      The government has reviewed the Presentence Investigation Report disclosed in this case and dated January 6, 2025 ("PSR"). The government writes to notify you that it has no objections to the PSR.

                    Very truly yours,

                    CAROLYN POKORNY
                    Acting United States Attorney

      By:   /s/
            Robert M. Pollack
            Assistant U.S. Attorney
            (718) 254-6232

cc:   Clerk of the Court (DLI) (by ECF)
        Counsel of record (by ECF and E-mail)