The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, NY 10301
Tel. 212-286-0173
Fax 212-286-0495

January 21, 2025

Jennifer E. Baumann
Senior United States Probation Officer
27 Johnson Street
Brooklyn, New York 11201

                Re:  United States v. Mohammad Ibrahim Bazzi
                    Cr. Docket No. 23-41 (DLI)

Dear Officer Baumann:

    I represent Mr. Bazzi in the above-referenced matter. Below are Mr. Bazzi's proposed amendments to the presentence report:

Information Sheet

    Mr. Bazzi is not Asian. He is from the Middle East.

    Mr. Bazzi has 8 dependents, not 6. Six children with Ms. Hodroj (approximate ages: 34, 32, 29, 25, 20, and 12) and two with Ms. Iskindrani (approximate ages: 9 and 7).

¶11  A typo. "States" not "stats."

¶12  A typo. "IEEPA" not "IEEP."

¶18  A typo. "others" not "other."

¶19  Mr. Bazzi agrees that he was designated a SDGT and that OFAC made a finding that he provided support to Hizballah. He does not, however, agree with OFAC's characterization of him.

¶29  Mr. Bazzi made statements to U.S. federal agents a week or so after his arrest while in Romania.

¶30  A typo. "was" blocked not "were" blocked.

¶54  "Nabil" not "Nibil" and he was residing in Sierra Leone, not

Jennifer E. Baumann
Senior United States Probation Officer
January 21, 2025
Page 2

   Lebanon, when he died in the helicopter crash.  Also, "Dallel Bazzi" not "Ballel Bazi."

¶57 "expelling" should be "expelled."  Also, Ms. Hodroj and the children she resides with have returned to Lebanon.

¶¶59, 70

   As an overview: Mr. Bazzi moved to Sierra Leone in 1980.  When his brother died in the helicopter crash in 1990, Mr. Bazzi took over management of the family business.  War broke out in Sierra Leone in 1997.  Mr. Bazzi moved to Belgium in 1998, where he founded Global Trading Group, which, according to an internet search, offers energy solutions to emerging countries, including oil commodities, petroleum storage, export facilities, power stations, infrastructure and construction projects.  He was the owner and CEO until 2018.  In addition, from 2001 to 2018, Mr. Bazzi was the CEO and owner of Euro-African Group, a petroleum and petroleum wholesaler, based in Gambia.  In 2005, he founded GAM Petroleum, a fuel storage depot, and teamed up with Trafigura (Swiss) and Total (French).  GAM Petroleum started operation in 2009.  In 2012, he partnered with Seaboard Corporation (U.S.) to form Gambia Milling, a wheat and agriculture wholesaler.  Due to Mr. Bazzi's OFAC designation, his interests in all of these businesses ceased.  Mr. Bazzi was residing in Lebanon at the time of his arrest.  He intends to reside in Belgium upon his release from custody.

¶60 While the Hudson County Correctional Center may not provide records, I believe the MDC does and Mr. Bazzi was detained there for 18 months.  During that time, Mr. Bazzi had no disciplinary history and completed courses in conflict resolution, resume drafting, the ten soft skills you need, business ethics, how to win friends and influence people, and basic bookkeeping.  He also was a religious leader for participating inmates leading multi-faith discussions (Christian, Muslim and Jewish) three times per week.  He worked in food service for ten months preparing kosher, halal, and special meals for the inmate population.  A work performance review that I have indicated: "Inmate Bazzi is an all-round great worker who gets along well with both staff and inmates and has been an asset to the AM kitchen detail."

Jennifer E. Baumann
Senior United States Probation Officer
January 21, 2025
Page 3

¶63  Mr. Bazzi also suffers from a hernia and a kidney stone.

¶72  Villa Bazzi is in Lebanon, not Belgium.  The address is Villa Bazzi, Do hat el hoss, Beirut.

                              \*\*\*

Thank you Officer Baumann for your comprehensive Report.

                              Very truly yours,

                              James M. Branden